## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No. 1:15-cv-00663-WYD-NYW

FRED JOHNSON

Plaintiff,

v.

PINNACLE CREDIT SERVICES, LLC, a Minnesota limited liability company,
Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

      This civil action comes before the court on Defendant Pinnacle Credit Services, LLC's ("Defendant") Motion to Strike Complaint Pursuant to Fed. R. Civ. P. 12(f), filed April 27, 2015 [#12] (the "Motion"). Pursuant to the Order Referring Case dated April 2, 2015 [#8] and the Memorandum dated April 29, 2015 [#13], the Motion is before this Magistrate Judge.

      Because Plaintiff Fred Johnson amended the operative complaint in this matter on May 18, 2015 [#15], as to which Defendant has filed a subsequent motion to strike [#17], IT IS ORDERED THAT the Motion is DENIED AS MOOT.

DATED June 11, 2015