IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   15-cv-00663-WYD-NYW

FRED JOHNSON,

     Plaintiff,

v.

PINNACLE CREDIT SERVICES, LLC, a Minnesota limited liability company,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     "Defendant Pinnacle Credit Services, LLC's <u>Unopposed</u> Motion to Withdraw Motion for Summary Judgment (ECF No. 47)" filed on March 4, 2016 (ECF No. 52) is **GRANTED.**  Defendant's Amended Motion for Summary Judgment (ECF No. 47) shall be deemed withdrawn and no longer pending.

     Dated:  March 7, 2016